# EXHIBIT 1

# Creamy Macaroni and Cheese

**By Julia Moskin**

Updated Dec. 16, 2024

---

**Total Time**     1 hour 40 minutes

**Rating**     ★ ★ ★ ★ ★  (16,433)

There are two schools of thought about macaroni and cheese: Some like it crusty and extra-cheesy (here's our recipe), while others prefer it smooth and creamy. But most people are delighted by any homemade macaroni and cheese. It is light years ahead of the boxed versions. This creamy version has one powerful advantage for the cook: There's no need to preboil the pasta. It cooks in the oven, absorbing the liquid from the dairy products.

## INGREDIENTS

**Yield:**  6 to 8 servings

2 tablespoons unsalted butter

1 cup cottage cheese (not low-fat)

2 cups milk (not skim)

1 teaspoon dry mustard

Pinch of ground cayenne

Pinch of ground nutmeg

½ teaspoon kosher salt

¼  teaspoon black pepper

1 pound sharp or extra-sharp Cheddar, grated

½ pound elbow pasta, uncooked

## PREPARATION

**Step 1**

Heat oven to 375 degrees and position an oven rack in upper third of oven. Use 1 tablespoon butter to grease a 9-inch round or square baking pan.

**Step 2**

In a blender, purée cottage cheese, milk, mustard, cayenne, nutmeg and salt and pepper. Reserve ¼ cup grated Cheddar for topping. In a large bowl, combine remaining grated Cheddar, milk mixture and uncooked pasta. Pour into prepared pan, cover tightly with foil and bake 30 minutes.

**Step 3**

Uncover pan, stir gently, sprinkle with reserved cheese and dot with remaining tablespoon butter. Bake, uncovered, 30 minutes more, until browned. Let cool at least 15 minutes before serving.

---

**Private Notes**

Leave a Private Comment on this recipe and see it here.

# EXHIBIT 2

# Roasted Salmon Glazed With Brown Sugar and Mustard

**By Sam Sifton**

Updated Aug. 12, 2024

---

**Total Time**   15 minutes

**Rating**   ★ ★ ★ ★ ★  (17,298)

This is what we call around here a no-recipe recipe, the sort of meal you can cook once off a card and you'll know it by heart: salmon glazed with brown sugar and mustard. The preparation could not be simpler. Heat your oven to 400. Make a mixture of Dijon mustard and brown sugar to the degree of spicy-sweetness that pleases you. Salt and pepper the salmon fillets. Place them skin-side down on a lightly oiled, foil-lined baking sheet, slather the tops with the mustard and brown sugar glaze and slide them into the top half of your oven. They ought to be done in 12 minutes or so, and they pair beautifully with simple braised greens.

## INGREDIENTS

**Yield:** Number of servings vary

Salmon fillets, preferably wild or farmed organically

Dijon mustard

Brown sugar

Salt and black pepper

## PREPARATION

**Step 1**

Heat your oven to 400 degrees.

**Step 2**

Make a mixture of Dijon mustard and brown sugar to the degree of spicy-sweetness that pleases you. Salt and pepper the salmon fillets.

**Step 3**

Place the salmon fillets skin-side down on a lightly oiled, foil-lined baking sheet. Slather the tops of the fillets with the mustard and brown sugar glaze and slide them into the top half of your oven. Roast for about 12 minutes, then serve.

---

**Private Notes**

Leave a Private Comment on this recipe and see it here.

# EXHIBIT 3

# Takeout-Style Sesame Noodles

**Recipe from Shorty Tang and Ed Schoenfeld**
**Adapted by Sam Sifton**

Updated June 24, 2024

---

**Total Time**     10 minutes

**Rating**     ★★★★★ (11,384)

Noodles dressed with sesame are popular in many parts of China, but this particular style, made with peanut butter and served cold, became a Chinese-American staple in the United States in the 1970s. The family of Shorty Tang — an ambitious restaurateur who emigrated from Sichuan to Taipei to New York — firmly believes that he invented the dish and still serve it at Hwa Yuan, the restaurant he opened in 1967 in Manhattan's Chinatown. They have never divulged the exact recipe; this is our own lush but refreshing version. **—Sam Sifton**

## INGREDIENTS

**Yield:** 4 servings

1  pound noodles, frozen or (preferably) fresh

2  tablespoons sesame oil, plus a splash

3½  tablespoons soy sauce

2  tablespoons rice vinegar

2  tablespoons sesame paste (preferably Chinese)

1  tablespoon smooth peanut butter

1  tablespoon granulated sugar

1  tablespoon finely grated ginger

2  teaspoons minced garlic

2  teaspoons chile-garlic paste, chile crisp or chile oil, or to taste

Half a cucumber, peeled, seeded and cut into ⅛-inch by ⅛-inch by 2-inch sticks

## PREPARATION

**Step 1**

Bring a large pot of water to a boil. Add noodles and cook until barely tender, about 5 minutes. They should retain a hint of chewiness.

**Step 2**

Drain noodles, rinse with cold water, drain again and toss with a splash of sesame oil.

**Step 3**

In a medium bowl, whisk together the remaining 2 tablespoons sesame oil, the soy sauce, rice vinegar, sesame paste, peanut butter, sugar, ginger, garlic and chile-garlic paste.

**Step 4**

Pour the sauce over the noodles and toss.

**Step 5**

¼  cup chopped roasted peanuts

Transfer to a serving bowl, and garnish with cucumber and peanuts.

**TIP**

*The Chinese sesame paste called for here is made of toasted sesame seeds; it is not the same as tahini, the Middle Eastern paste made of plain, untoasted sesame. But you could use tahini in a pinch. You need only add a little toasted sesame oil to compensate for flavor, and perhaps some peanut butter to keep the sauce emulsified.*

**Private Notes**

Leave a Private Comment on this recipe and see it here.

# EXHIBIT 4

# Classic Marinara Sauce

**Recipe from Lidia Bastianich**
**Adapted by Julia Moskin**

Updated Feb. 3, 2025

---

**Total Time**     25 minutes

**Rating**     ★ ★ ★ ★ ★ (10,307)

Homemade marinara is almost as fast and tastes immeasurably better than even the best supermarket sauce — and it's made with basic pantry ingredients. All the tricks to a bright red, lively-tasting sauce, made just as it is in the south of Italy (no butter, no onions) are in this recipe. Use a skillet instead of the usual saucepan: the water evaporates quickly, so the tomatoes are just cooked through as the sauce becomes thick. (Our colleagues over at Wirecutter have spent a lot of time testing skillets to find the best on the market. If you're looking to purchase one, check out their skillet guide.) —**Julia Moskin**

## INGREDIENTS

**Yield:** 3½ cups, enough for 1 pound of pasta

1  28-ounce can whole San Marzano tomatoes, certified D.O.P. if possible

¼  cup extra-virgin olive oil

7  garlic cloves, peeled and slivered

Small dried whole chile, or pinch crushed red pepper flakes

1  teaspoon kosher salt

1  large fresh basil sprig, or ¼ teaspoon dried oregano, more to taste

## PREPARATION

**Step 1**

Pour tomatoes into a large bowl and crush with your hands. Pour 1 cup water into can and slosh it around to get tomato juices. Reserve.

**Step 2**

In a large skillet (do not use a deep pot) over medium heat, heat the oil. When it is hot, add garlic.

**Step 3**

As soon as garlic is sizzling (do not let it brown), add the tomatoes, then the reserved tomato water. Add whole chile or red pepper flakes, oregano (if using) and salt. Stir.

**Step 4**

Place basil sprig, including stem, on the surface (like a flower). Let it wilt, then submerge in sauce. Simmer sauce until thickened and oil on surface is a deep orange, about 15 minutes. (If using

oregano, taste sauce after 10 minutes of simmering, adding more salt and oregano as needed.) Discard basil and chile (if using).

**Private Notes**

Leave a Private Comment on this recipe and see it here.

# EXHIBIT 5

# Chocolate Chip Cookies

**Recipe from Jacques Torres**
**Adapted by David Leite**

Updated Jan. 22, 2025

---

**Total Time**     45 minutes, plus chilling

**Rating**     ★ ★ ★ ★ ★ (17,908)

You may have memorized the foolproof gem on the back of the Toll House bag, given to the world by Ruth Graves Wakefield in the 1930s. But this may become your new favorite chocolate chip cookie recipe. It's a little more complicated, and you'll have to plan ahead: After assembling the dough, you must chill it for at least 24 hours before baking it, and preferably up to 36. This allows the dry ingredients time to soak up the wet ones, which results in a firmer dough. It leads to a marvelously chewy, chocolate-rich cookie. Don't skimp on good chocolate, and the sea salt is not an option — it's the beacon at the top of this gorgeous treat. (You can certainly put this recipe together by hand, but a stand mixer makes it easy work. If you're in the market for one, our colleagues at The Wirecutter have tested quite a few, and they've put together an excellent guide to the best.) —**David Leite**

## INGREDIENTS

**Yield:** 1½ dozen 5-inch cookies

2  cups minus 2 tablespoons cake flour (8½ ounces)

1⅔  cups bread flour (8½ ounces)

1¼  teaspoons baking soda

1½  teaspoons baking powder

1½  teaspoons coarse sea salt, plus more for sprinkling

1¼  cups unsalted butter (2½ sticks)

1¼  cups light brown sugar (10 ounces)

1  cup plus 2 tablespoons granulated sugar (8 ounces)

## PREPARATION

**Step 1**

Sift flours, baking soda, baking powder and salt into a bowl. Set aside.

**Step 2**

Using a mixer fitted with paddle attachment, cream butter and sugars together until very light, about 5 minutes. Add eggs, one at a time, mixing well after each addition. Stir in the vanilla. Reduce speed to low, add dry ingredients and mix until just combined, 5 to 10 seconds. Drop chocolate pieces in and incorporate them without breaking them. Press plastic wrap against dough and refrigerate for 24 to 36 hours. Dough may be used in batches, and can be refrigerated for up to 72 hours.

**Step 3**

2  large eggs

2  teaspoons natural vanilla extract

1¼  pounds bittersweet chocolate disks or fèves, at least 60 percent cacao content (see note)

When ready to bake, preheat oven to 350 degrees. Line a baking sheet with parchment paper or a nonstick baking mat. Set aside.

**Step 4**

Scoop 6 3½-ounce mounds of dough (the size of generous golf balls) onto baking sheet, making sure to turn horizontally any chocolate pieces that are poking up; it will make for a more attractive cookie. Sprinkle lightly with salt and bake until golden brown but still soft, 18 to 20 minutes. Transfer sheet to a wire rack for 10 minutes, then slip cookies onto another rack to cool a bit more. Repeat with remaining dough, or reserve dough, refrigerated, for baking remaining batches the next day. Eat warm, with a big napkin.

**TIP**

*Disks are sold at Jacques Torres Chocolate; Valrhona fèves, oval-shaped chocolate pieces, are at Whole Foods.*

**Private Notes**

Leave a Private Comment on this recipe and see it here.

# EXHIBIT 6



## Genesis R&D Quote Request

1 message

---

**Benjamin Miller** <ben@esharesearch.com>                                                Wed, May 4, 2016 at 10:05 AM
To: becki.holmes@gmail.com

Rebecca,

Thank you for your interest in our Genesis R&D Food Formulation & Labeling Software. Genesis is a powerful tool for product development, nutrition analysis, and labeling compliance.

We have two options for deploying the Genesis software program, both with different value and cost structures. Consultants are required to use the subscription, and have separate pricing and opportunities. The manufacturer quotes (network and subscription) can only be used for the company the account is under.

1. Perpetual License, Desktop Installation

With a perpetual license, you own the software and install the program versions in your environment. Purchase comes with one year of priority support and program updates. After year one, you have the option to renew the priority Priority Support on an annual basis in order to continue receiving updates and priority access to our support teams.

2. Subscription, Cloud Hosted

With a cloud-hosted subscription, you can log-in from any web-browser with an internet connection. You receive all Priority Support updates and support while active. All updates and IT management is taken care of by ESHA through the hosted service, making this choice an easy turn-key solution for you.

3. Consultant License:

The ESHA Consulting License provides full access to all Genesis R&D Food modules, on an annual subscription basis. Package includes ESHA Port utility, priority support, and updates.  The annual cost is $3,499.

In addition, our Genesis consultant has the option to be exclusive Genesis software resellers. As a reseller, you can sell Genesis to customers at standard rates and receive a 30% reimbursement for each software sale.

This program lets you have everything ESHA Genesis offers at a discounted rate to assist in building your business with ESHA's 30 plus years of expertise as a leader in nutrition labeling and formulation software as your partner.

*Both options can be licensed as a single user or as a shared group network.*

**Learn more about Genesis**

·     Overview of Genesis R&D

·     Label samples

 I appreciate your time and interest. I am available to discuss these options with you after you have a chance to review or if you know which options your prefer I can provide a quote.

Best regards,

Benjamin Miller

ESHA Product Consultant

800-659-3742 ext 117

Follow ESHA on Facebook

1 or 2 day training

---

**From:** Wufoo [mailto:no-reply@wufoo.com]
**Sent:** Wednesday, May 4, 2016 9:22 AM
**To:** sales@esha.com
**Subject:** Quote Request [#1375]

| | |
|---|---|
| **First Name** * | Rebecca |
| **Last Name** * | Holmes |
| **Company Name** * | Self |
| **Phone Number** * | 2064579598 |
| **Email** * | becki.holmes@gmail.com |
| **Address** * |   628 Prospect Avenue  Hermosa Beach, CA 90254  United States |
| **Which product/service are you interested in?** * | Genesis R&D Food Labeling Software |

| How many licenses (concurrent users) | |
|---|---|
| **Industry** * | Other |
| **How did you hear about ESHA?** * | Other (Please Specify) |
| **Other (Please Specify)** | I've used ESHA Genesis in the past for food manufacturer and retailer corporations. I'd like a quote for 1 license as well a quote for up to 5 licenses. Please let me know if you have any questions. |

---

**3 attachments**

📄 **GNF-NETWORK-2016.pdf**
63 KB

📄 **GNF-SUBSCRIPTION-2016.pdf**
57 KB

📄 **GNF-CONSULTANT-2016.pdf**
57 KB

 **esha**  **Genesis® R&D** Food Development and Labeling Software

## 2016 Genesis® R&D Network Price List and Order Form

Name _____ Company _____

Address _____ Billing Address (if different) _____

City _____ State _____ Zip or Postal Code _____

Phone _____ Fax _____ Email _____

*We accept Visa, Master Card, American Express, Discover, Company Check, and Purchase Orders.* **In addition, ESHA offers a variety of flexible payment options. Contact us to learn more.**

To order, call 800-659-3742 option 2 or 503-585-6242 option 2 (outside the U.S.), fax this form to 503-585-5543, email it to sales@esha.com or return this form with payment to: ESHA Research, 4747 Skyline Rd. S Ste. 100, Salem, OR 97306.

**Payment Information:**
Visa/MC/Amex/Disc. # _____Expiration_____

## PRICES (all prices in U.S. dollars)

| Genesis R&D Network | Pricing | Qty. | Total |
|---|---|---|---|
| **Single-site, Multi-user License**<br>Includes<br>• 1 Shared/Concurrent License<br>• 1 Label Module<br>• ESHA Security | $6,499 | | |
| Add-ons | Pricing | Qty. | Total |
| Additional Licenses | $2,199 | | |
| *Additional Label Modules* | | | |
| Canada | $2,999 | | |
| European Union | $2,999 | | |
| Mexico | $2,999 | | |
| United States | $2,999 | | |
| *Workflow Utilities* | | | |
| ESHA Port | $1,299 | | |
| Genesis API | $3,999 | | |

**Total** _____

| Priority Support | Pricing |
|---|---|
| First Year | Included |
| Annual Support | $999 |
| Annual Support for Each Additional License | $499 |

**4747 Skyline Rd. S Ste. 100, Salem, OR 97306 • 800-659-3742 • 503-585-6242 • sales@esha.com**

**esha** · **Genesis® R&D** Food Development and Labeling Software

# 2016 Genesis® R&D Subscription Price List and Order Form

Name _____

Company _____

Address _____

Billing Address (if different) _____

City _____ State _____ Zip or Postal Code _____

Phone _____ Fax _____ Email _____

*We accept Visa, Master Card, American Express, Discover, Company Check, and Purchase Orders.* **In addition, ESHA offers a variety of flexible payment options. Contact us to learn more.**

To order, call 800-659-3742 option 2 or 503-585-6242 option 2 (outside the U.S.), fax this form to 503-585-5543, email it to sales@esha.com or return this form with payment to: ESHA Research, 4747 Skyline Rd. S Ste. 100, Salem, OR 97306.

**Payment Information:**
Visa/MC/Amex/Disc. # _____Expiration_____

## PRICES *(all prices in U.S. dollars)*

| Genesis R&D | Annual | Qty. | Monthly | Qty. | Total |
|---|---|---|---|---|---|
| Multi-User Hosted Subscription  Includes  • 1 Named User  • 1 Label Module | $2,999 | | $299 | | |
| **Add-ons** | **Annual** | **Qty.** | **Monthly** | **Qty.** | **Total** |
| Additional Named Users | $999 | | $99 | | |
| *Additional Labels* (only one per account needed) | | | | | |
| Canada | $599 | | $59 | | |
| European Union | $599 | | $59 | | |
| Mexico | $599 | | $59 | | |
| United States | $599 | | $59 | | |
| **Workflow Utilities** | **Annual** | **Qty.** | **Monthly** | **Qty.** | **Total** |
| ESHA Port | $399 | | $39 | | |
| ESHA Security | $399 | | $39 | | |

**Total** _____

4747 Skyline Rd. S Ste. 100, Salem, OR 97306 • 800-659-3742 • 503-585-6242 • sales@esha.com



**esha** **Genesis® R&D** Food Development and Labeling Software

# 2016 Genesis® R&D Consultants Price List and Order Form

Name _____

Company _____

Address _____

Billing Address (if different) _____

City _____ State _____ Zip or Postal Code _____

Phone _____ Fax _____ Email _____

To order, call 800-659-3742 option 2 or 503-585-6242 option 2 (outside the U.S.), fax this form to 503-585-5543, email it to sales@esha.com or return this form with payment to: ESHA Research, 4747 Skyline Rd. S Ste. 100, Salem, OR 97306.

**Payment Information:**
Visa/MC/Amex/Disc. # _____Expiration_____

## PRICES (all prices in U.S. dollars)

| Genesis R&D | Annual | Qty. | Monthly | Qty. | Total |
|---|---|---|---|---|---|
| Includes <br> • 1 Named User <br> • All Label Modules <br> • ESHA Port | $3,499 | | $349 | | |
| **Add-Ons** | **Annual** | **Qty.** | **Monthly** | **Qty.** | **Total** |
| Additional Users | $999 | | $99 | | |

*Genesis R&D consultants are also eligible to sign up as exclusive Genesis resellers. As a reseller, you will earn 30% of the total value of any Genesis sales you initiate.*

**Total** _____

# EXHIBIT 7



---

## RE: Genesis R&D Consultant Quote Follow Up

1 message

---

**Benjamin Miller** <ben@esharesearch.com>                                    Mon, May 9, 2016 at 3:59 PM
To: 'Becki Holmes' <becki.holmes@gmail.com>

Becki,

Sorry, I spoke too soon, my manager just sent me the attached PDF for commercial licensing. You can look that over, as well as our full EULA.

Benjamin Miller

ESHA Product Consultant

800-659-3742 ext 117

Follow ESHA on Facebook

1 or 2 day training

**From:** Becki Holmes [mailto:becki.holmes@gmail.com]
**Sent:** Monday, May 09, 2016 3:04 PM
**To:** Benjamin Miller <ben@esharesearch.com>
**Subject:** Re: Genesis R&D Consultant Quote Follow Up

Hi Benjamin,

Are you free in 10 minutes? I'll be getting on the road to commute, and would like to discuss further.

Best,
Becki

🖼️ Image removed by sender.

On Mon, May 9, 2016 at 2:56 PM, Benjamin Miller <ben@esharesearch.com> wrote:

Becki,

I am following up to make sure you received the information you were looking for and see if you had a chance to review our Genesis R&D software.

I'm happy to assist and here to help answer any questions.

Best Regards,

Benjamin Miller

ESHA Product Consultant

800-659-3742 ext 117

Follow ESHA on Facebook

1 or 2 day training

--

Becki Holmes, MS, RD

p. 206-457-9598

becki.holmes@gmail.com

**2 attachments**

📄 **Commercial Licensing.pdf**
311 KB

📄 **ESHA-Software-EULA-2016.pdf**
115 KB



# Commercial Licensing

ESHA Research is pleased to announce a new Commercial Software License for companies and consultants interested in using ESHA products for the benefits of third parties or as part of its own commercially license products or services.  Common type of services included product formulation, nutrition analysis, and labeling.

The commercial license is designed specifically for companies and consultants creating commercial products and services using ESHA products and services.   ESHA's software license products are limited solely for internal business per the End User License Agreement.  The new commercial license has been designed to allow companies and consultants access to ESHA products for commercial use.


The primary purpose of this license is to allow Consultant's the ability to use Genesis R&D software products for creating product formulations, reports, and labels for third parties.

- Standard ESHA Software EULA:

3. Limitations on License. Licensee may use the Licensed Software solely for its internal business use by its own employees in the manner licensed in this Agreement. Licensee is *not* licensed to do any of the following: (a) copy, sublicense, rent, lease, lend or otherwise transfer, disclose or publish the Licensed Software (or any portions thereof), or in any manner transfer or assign Licensees rights under this Agreement, without the prior written consent of ESHA; (b) use the Licensed Software for any purpose other than the purposes specifically licensed herein; (c) use the Licensed Software for the benefit of third parties or as part of its own commercially licensed products or services; (d) remove or obscure the ESHA copyright or trademark notices appearing on or with the Licensed Software; (e) compile the Software from one form to another or attempt to modify, convert, reverse engineer, reverse compile, change or reverse assemble it; or (f) compile, extract, strip, mine, harvest or otherwise collect, directly or indirectly, the data from the nutritional database embedded within the Licensed Software.

# END USER LICENSE AGGREEMENT

This End User License Agreement ("Agreement") is entered into between ESHA Research, Inc., an Oregon corporation, ("ESHA") and you, the party executing this Agreement ("you" or the Licensee).

<u>RECITALS</u>

ESHA is in the business of developing, maintaining and marketing software and databases used for recipe development, nutritional analysis, and labeling. ESHA has developed, and is the sole owner of, various software and database products used for nutritional analysis and labeling purposes ("ESHA Software").

You have selected and purchased, in a purchase order or similar document (the "Purchase Order"), a license for one or more ESHA Software products (the "Licensed Software"). You have selected in your Purchase Order a scope of license for the Licensed Software specifying your installation rights, who is authorized to use the Licensed Software, and for what purposes you may use the Licensed Software (the "License Scope"). You have selected in the Purchase Order a license duration for the licenses you have to the Licensed Software (the "License Term"). The definitions and specifications related to the Licensed Software, License Scope and License Term are set forth in this Agreement. By clicking on the "I Agree" button at the end of this Agreement you are: (i) verifying your purchase of a license as set forth in the Purchase Order; and (ii) agreeing to all of the terms, conditions, warranties and covenants contained in this Agreement regarding the Licensed Software.

**In the event you do not agree to This Agreement and to every term, condition, warranty and covenant contained in this Agreement, please click the "I Do Not Agree" button Below, and contact ESHA to make arrangements for your return of the ESHA Software and a refund of any payments you have already made.**

<u>TERMS</u>

In consideration of the above recitals and the terms, representations, warranties, covenants and conditions below, the parties agree as follows:

1. <u>Grant of License</u>. Subject to the terms and conditions below, ESHA grants to you a limited, nontransferable, nonexclusive license to install and use the Licensed Software specified in the Purchase Order as follows.

   a. <u>Genesis R&D®</u>.  In the event you have licensed the Genesis R&D® software product, you shall have the right to install and use the licensed number of object code copies of the Genesis R&D software product specified in the Purchase Order for the sole purpose of conducting internal nutritional analysis and nutritional product labeling for Licensee's own products.

   b. <u>The Food Processor®</u>. In the event you have licensed The Food Processor® software product, you shall have the right to install and use the licensed number of object code copies of The Food Processor software product specified in the Purchase Order for the sole purpose of conducting internal nutritional analysis, recipe analysis and menu planning.

2.   Scope of License.

    a.   Installation Rights and Limits.

        i.   Named Seat License. In the event you have purchased a Named Seat License, you are licensed to install a single copy of the Licensed Software on up to two personal computers at the physical location(s) specified in the Purchase Order, *provided* that no such installation shall be on a server or other network-accessible computer.

        ii.   Floating Seat License. In the event you have purchased a Floating Seat License, you are licensed to install the Licensed Software at any physical business locations operated by you on the number of computers equal to three (3) times the number of "seats" you have purchased in your Purchase Order, whether or not such machines are networked. For purposes of example, if your Purchase Order specifies that you have purchased a Floating Seat License for five seats, you may install the Licensed Software on up to 15 (3x5) different computers.

        iii.   Enterprise License. In the event you have purchased an Enterprise License, you are licensed to install the Licensed Software on any number of personal computers and/or servers at any physical business locations operated by you, whether or not such machines are networked.

    b.   User Rights and Limits.

        i.   Named Seat License. In the event you have purchased a Named Seat License, you are licensed to have any single user operate the Licensed Software on either of the two licensed installations.

        ii.   Floating Seat License. In the event you have purchased a Floating Seat License, you are licensed to have multiple concurrent users using the Licensed Software on one or more of your installations of the software, providing that the total number of concurrent users shall be limited to the number of seats you have purchased in your Purchase Order.

        iii.   Enterprise License. In the event you have purchased an Enterprise License, you are licensed to have an unlimited number of users using the Licensed Software on one or more of the licensed installations of the software.

    c.   License Term.

        i.   Perpetual License. In the event you have purchased a license, in your Purchase Order, for the Licensed Software on a perpetual license basis, your license to use the Licensed Software, as originally delivered to you by ESHA, and as may be updated pursuant to any maintenance agreement you may enter into with ESHA, shall be perpetual, but shall at times be subject to the terms and conditions of this Agreement, including ESHA's terminations rights.

        ii.   Subscription License. In the event you have purchased a license, in your Purchase Order, for the Licensed Software on a subscription basis, your license to the Licensed Software, as may be automatically updated by ESHA from time to time as part of your subscription, shall be limited to the duration of the subscription term set forth in your Purchase Order. In the

event your license to any Licensed Software expires or terminates for any reason, ESHA shall have the absolute right to remotely, and without additional notice, deactivate or otherwise remove such Licensed Software from your use. You agree that upon the expiration or termination of your license for any Licensed Software, you will immediately cease using such software and will promptly destroy all copies in your possession, custody or control.

3. <u>Limitations on License</u>. Licensee may use the Licensed Software solely for its internal business use by its own employees in the manner licensed in this Agreement. Licensee is *not* licensed to do any of the following: (a) copy, sublicense, rent, lease, lend or otherwise transfer, disclose or publish the Licensed Software (or any portions thereof), or in any manner transfer or assign Licensees rights under this Agreement, without the prior written consent of ESHA; (b) use the Licensed Software for any purpose other than the purposes specifically licensed herein; (c) use the Licensed Software for the benefit of third parties or as part of its own commercially licensed products or services; (d) remove or obscure the ESHA copyright or trademark notices appearing on or with the Licensed Software; (e) compile the Software from one form to another or attempt to modify, convert, reverse engineer, reverse compile, change or reverse assemble it; or (f) compile, extract, strip, mine, harvest or otherwise collect, directly or indirectly, the data from the nutritional database embedded within the Licensed Software.

4. <u>License Fees</u>. In consideration for, and as a continuing condition of, the licenses granted in Section 1 above, Licensee has paid or shall pay ESHA the license fees set forth in the Purchase Order. The license fees shall be exclusive of any sales, use, excise or similar tax liability arising from this Agreement, if any, all of which shall be the obligation of Licensee. All past due balances of such fees shall accrue interest at a rate equal to the *lesser* of (i) 1.5 percent per month; or (ii) the highest rate of interest allowed by law in the applicable jurisdiction.

5. <u>Maintenance and Updates</u>.

   a. <u>Under a Perpetual License</u>.  If you have purchased a perpetual license for Licensed Software, you will not have the right to receive updates to the Licensed Software, or to the nutritional databases embedded therein, unless you have also purchased from ESHA a separate maintenance agreement for the Licensed Software.

   b. <u>Under a Subscription License</u>.  If you have purchased a license for Licensed Software on a subscription basis, then ESHA will automatically update your Licensed Software, including the nutritional database contained therein, with whatever updates it has, in its sole discretion, prepared for commercial release from time to time. You hereby agree to ESHA's automatically, and without prior notice, remotely updating your copies of the Licensed Software.

6. <u>Ownership, Copyrights</u>. ESHA is the sole owner of the Licensed Software, including the embedded nutritional database and all customized and derivative works based upon them, and including all copies thereof and all copyrights and other intellectual property rights embodied therein. All rights not specifically granted in this Agreement are reserved by ESHA. No implied rights are granted.

7. <u>Branding and Attribution</u>. (a) If the nutrition analysis or reports generated by the application are for public or published commercial purposes (e.g., books, brochures or web pages summarizing the nutritional content) the Licensee will include ESHA's Copyright and Trademark notification (e.g., "Powered by the ESHA Research Nutrient Database©" in the "About" section of the web site or other similar acknowledgment section of the published material. Licensee shall not otherwise use ESHA's name or trademarks without ESHA's prior written consent. (b) Licensee agrees to allow its name and/or logo to be included in materials listing ESHA customers.

8. <u>Licensee's Obligations to Protect the Licensed Software</u>. As a continuing condition of the licenses granted herein, Licensee covenants to use the Licensed Software only for the purposes set forth in this Agreement and for no other purpose, and shall use commercially reasonable efforts to protect the Licensed Software from unauthorized use, reproduction, publication or distribution.

9. <u>Lawful Use</u>. Licensee shall at all times use the Licensed Software in full compliance with all laws and regulations, and shall not use the Licensed Software in any manner that is unlawful or is of a nature that ESHA would reasonably find inconsistent with its good business reputation.

10. <u>Indemnification</u>. Licensee shall indemnify, defend, and hold ESHA harmless from all claims, demands, liability, costs and expenses, including, without limitation, attorneys fees, arising from or related to Licensees use of the Licensed Software, provided that ESHA promptly advises Licensee of the existence of, or known threat of, any such claim and reasonably cooperates with Licensee in the defense of any such claim.

11. <u>Term of Agreement, Termination</u>.

    a. This Agreement shall become effective upon Licensee's electronic execution of the Agreement, as set forth below. Subject to the termination provisions below, the license rights granted herein shall remain in effect for the license terms you have purchased in your Purchase Order.

    b. ESHA may terminate this Agreement and the licenses granted herein immediately in the event Licensee breaches any term or condition of this Agreement and fails to cure such breach within 10 days following its receipt of written notice thereof. For purposes of this provision, ESHA may provide written notice by sending it to Licensee at the email address set forth in the Purchase Order. If the licenses granted under this Agreement expire or terminate, Licensee shall immediately cease using the applicable Licensed Software, shall destroy all copies of the Licensed Software within Licensee's possession, custody or control, and shall promptly certify in writing to ESHA that it has destroyed all copies of them, in any and all forms and media, within its possession, custody or control. Licensee acknowledges and agrees that in the event a license expires or terminates, ESHA may remotely disable or otherwise remove the applicable Licensed Software from Licensee's use without further notice or approval.

12. <u>Confidential Information</u>. The Licensed Software (including the nutritional database embedded therein) and all other information ESHA discloses to Licensee in connection with them, shall be considered ESHA's Confidential Information, which ESHA discloses only subject to a license agreement. Licensee agrees that it and its employees, agents

and representatives shall: (i) keep ESHAs Confidential Information strictly confidential, and shall not disclose such information to any other person or entity without the express written consent of ESHA; (ii) limit internal disclosure of the Confidential Information solely to its employees, agents and representatives who must be apprised of the Confidential Information to advance the purposes of this Agreement, and only to the extent that they must be apprised for those purposes; (iii) contractually bind all such persons to honor the confidentiality and use restrictions imposed upon the Licensee; (iv) use the Confidential Information solely for the purpose of using the Licensed Software as licensed by ESHA in this Agreement; and (v) upon demand, immediately surrender to ESHA the Confidential Information and all notes, records, documentation, models, software, databases and other items or materials containing such Confidential Information. Confidential Information shall not include: (i) information that is in, or enters into, general public access without breach of this Agreement through no fault of Licensee; (ii) information Licensee was demonstrably in possession of prior to receiving it from ESHA; (iii) information Licensee can demonstrate was developed by Licensee independently of, and with neither use of nor reference to, ESHA's Confidential Information; and (iv) information Licensee receives from a third party without restriction on disclosure and without breach by such third party of a nondisclosure obligation. Notwithstanding the above, Licensee understands and acknowledges that the public availability of, or Licensee's possession of, any particular nutritional data shall not in any manner reduce the confidentiality of the nutritional database embedded within the Licensed Software as a confidential and proprietary collection of data.

13. Warranty of Original Development. ESHA warrants that the Licensed Software is, and will be, of original development by ESHA.

14. Limitation of Warranties. Other than the warranties expressly set forth in this Agreement, ESHA makes no other warranties, express or implied. ESHA specifically disclaims, to the fullest extent allowed by law, all implied warranties, including, without limitation, the implied warranties of merchantability and fitness for a particular purpose and any warranties under the Uniform Computer Informational Transactions Act, as may be adopted by any jurisdiction from time to time.

15. Limitation of Remedies. In no event shall ESHA be liable to Licensee for any indirect, incidental, special, punitive or consequential damages or lost profits arising out of or related to Licensee's use of the Licensed Software, even if ESHA has been advised of the possibility thereof. In particular, ESHA shall not be liable for the loss of information arising from the use of, or inability to use, the Licensed Software. ESHAs liability to Licensee, if any, whether arising under contract or based upon a claim of strict liability, negligence or some other tort or statutory claim, shall in no event exceed the total of the payments made to ESHA hereunder during the 12-month period immediately preceding the event upon which liability is predicated.  The warranties and remedies set forth above are exclusive and in lieu of all others, oral or written, express or implied. Licensee acknowledges that the forgoing limitation of remedies is a material condition of ESHA's willingness to enter into this Agreement, and that ESHA would not enter into this agreement but for such limitation.

16. Independent Parties. ESHA and Licensee agree that Licensee is an independent licensee and that the relationship created by this Agreement is not that of employer and employee, partnership, joint venture or franchise. Neither party shall have the authority to bind or obligate the other party in any manner.

17. <u>Remedies</u>. In the event Licensee breaches or defaults upon any covenant, warranty, term or condition of this Agreement, ESHA may pursue any legal or equitable remedies available to it under the laws of the state of Oregon or the applicable laws of the United States. The parties agree that in the event of a breach of any of the covenants pertaining to ESHA's intellectual property rights or Confidential Information, such a breach will result in irreparable and continuing damage in an amount which is not readily ascertainable and for which there will be no adequate remedy at law. In the event of any breach of such covenants, ESHA shall be entitled to injunctive relief and such other and further relief, including damages, as may be provided by law.

18. <u>Non-Waiver</u>. The failure or delay of either party to require performance of, or to otherwise enforce, any condition or other provision of this Agreement shall not waive or otherwise limit that party's right to enforce, or pursue remedies for the breach of, any such provision or condition. No waiver by either party of any particular condition or provision of this Agreement, including this non-waiver provision, shall constitute a waiver or limitation on that party's right to enforce performance of, or pursue remedies for the breach of, any other condition or provision of this Agreement.

19. <u>Successor Interests</u>. This Agreement and the rights granted hereunder are not assignable or transferable by Licensee without the express written consent of ESHA, which shall not be unreasonably denied or delayed.  Subject to this restriction, this Agreement is binding upon, and shall inure to the benefit of, the successors, assigns and bankruptcy estates of each of the parties.

20. <u>Governing Law</u>. This Agreement shall be governed by and construed in accordance with the laws of the state of Oregon without regard to, or application of, any conflict of law provisions.

21. <u>Jurisdiction, Venue</u>. The parties agree that any suit, action or arbitration proceeding arising out of or relating to this Agreement shall be brought in Multnomah County, Oregon, and the parties expressly consent to the personal jurisdiction over them of any state or federal court in Multnomah County, Oregon.

22. <u>Attorney's Fees</u>. If either party to this Agreement breaches any term of this Agreement, then the other party shall be entitled to recover all expenses of whatever form or nature, costs and attorneys fees reasonably incurred to enforce the terms of the Agreement, whether or not suit is filed, including such costs or fees as may be awarded in arbitration or by a court at trial or on appeal. In addition, in the event either party to this Agreement becomes a debtor subject to the United States Bankruptcy Code, the non-debtor party shall be entitled to recover any expenses, costs and fees, including attorneys fees, incurred in connection with enforcing its rights against the debtor party, whether those rights arise under this contract or involve matters arising solely under the Bankruptcy Code.

23. <u>Severability</u>.  If any court of competent jurisdiction finds any term of this Agreement or of any other document or instrument referred to or contemplated in this Agreement, to be invalid or unenforceable, such determination shall not affect the validity and enforceability of the remainder of the Agreement,  and the court shall enforce the Agreement in such a manner as to give substantial effect to the intent of the parties as expressed in the Agreement.

24. <u>Paragraph Headings</u>. All paragraph headings in this Agreement appear for convenience of reference, and shall not affect the meaning or interpretation of the Agreement.

25. <u>Amendments</u>. This Agreement may be amended or modified only by a written instrument executed by the parties which expressly states the intent of the parties to modify or amend this Agreement.

26. <u>Entire Agreement</u>. This Agreement and the Purchase Order constitute the entire agreement between the parties pertaining to the subject matter of the Agreement, and supersede all prior discussions, negotiations, understandings, representations and agreements, whether oral or written. The Purchase Order shall, for all purposes, consists solely of the standard purchase documentation provided by ESHA to you.  No terms or conditions in any purchase order form, order acknowledgement or similar documentation provided by you, nor any amendments you make to ESHA's Purchase Order, shall be effective. All terms of this Agreement are contractual and not mere recitals.

27. <u>Electronic Execution</u>. Execution of this Agreement shall occur, and may be evidenced by, your electronic assent to its terms through your clicking the "I Agree" button below. By clicking the "I Agree" button, you are warranting that the information you provided in any Purchase Order documentation is accurate and complete, and that you are authorized to execute this Agreement on behalf of the Licensee. You are not authorized to load or otherwise access or use the Licensed Software unless you agree to this Agreement. If you do not agree to this Agreement, please contact ESHA immediately to arrange for return of this product and a refund of any purchase price already paid. After executing this Agreement, you may print a copy of it for your records.

☐ **I Agree**            ☐ **I Don't Agree**

# EXHIBIT 8



---

**Genesis R&D Quote Request**
1 message

---

**Benjamin Miller** <ben@esha.com>                                    Tue, Aug 15, 2017 at 7:22 AM
To: beckl@foodwit.com <beckl@foodwit.com>

Rebecca,

Thank you for your interest in our Genesis R&D. I am excited about what our software solutions can do for you and your team and happy to guide you to the best solution to meet your needs. I am happy to provide you with a quote if you would like. The ESHA Consulting License provides full access to all Genesis R&D Food modules, on an annual subscription basis. Package includes ESHA Port utility, priority support, and updates. Attached is pricing information.

In addition, our Genesis consultant has the option to be exclusive Genesis software resellers. As a reseller, you can sell Genesis to customers at standard rates and receive a 30% reimbursement for each software sale.

This program lets you have everything ESHA Genesis offers at a discounted rate to assist in building your business with ESHA's 30 plus years of expertise as a leader in nutrition labeling and formulation software as your partner.

Links to learn more about Genesis:

- Overview of the Genesis R&D program
- Label samples
- Report samples
- Genesis limited Demo

Please let me know if you have any questions or would like to place an order.

Benjamin Miller

Product Consultant

ESHA Research

T: 503-585-6242 x117

F: 503-585-5543

Email: Ben@esha.com

www.esha.com

**From:** Wufoo [mailto:no-reply@wufoo.com]
**Sent:** Monday, August 14, 2017 3:48 PM
**To:** Sales <Sales@esha.com>
**Subject:** Genesis R&D Quote Request [#482]

| | |
|---|---|
| **First Name** * | Rebecca |
| **Last Name** * | Holmes |
| **Company Name** * | Foodwit |
| **Phone Number** * | 2064579598 |
| **Job Title** | Founder |
| **Email** * | beckl@foodwit.com |
| **Address** * | 1455 NW Irving Street Suite 200<br>Portland, OR 97209<br>United States |
| **Are you an academic facility?** * | No |
| **Are you a consultant?** * | Yes |
| **What platform are you interested in?** * | · Hosted Subscription |
| **How many licenses (concurrent users)** | 2 |
| **Additional Modules** | · ESHA Port (Import/Export)<br>· Genesis API |
| **Label Modules** | · Mexico<br>· United States |

**Industry** * Consultant

| | |
|---|---|
| **How did you hear about ESHA?** * | Other (Please Specify) |

| | |
|---|---|
| **Other (Please Specify)** | Industry Experience |

 **GNF-CONSULTANT-2017.pdf**
64 KB



**esha**   **Genesis R&D®** Food Development and Labeling Software

# 2017 Genesis R&D® Consultant Subscription Price List and Order Form

Name _____

Company _____

Address _____

Billing Address (if different) _____

City _____State _____ Zip or Postal Code _____

Phone _____ Fax _____ Email _____

To order, call 800-659-3742 option 2 or 503-585-6242 option 2 (outside the U.S.), fax this form to 503-585-5543, email it to sales@esha.com or return this form with payment to: ESHA Research, 4747 Skyline Rd. S Ste. 100, Salem, OR 97306.

---

**Payment Information:**

Visa/MC/Amex/Disc. # _____Expiration_____

---

## PRICES (all prices in U.S. dollars)

| Genesis R&D | Annual | Qty. | Total |
|---|---|---|---|
| Includes<br>• 1 Named User<br>• All Label Modules<br>• ESHA Port | $3,499 | | |
| **Add-Ons** | **Annual** | **Qty.** | **Total** |
| Additional Users | $1,499 | | |
| *Workflow Utilities* | | | |
| ESHA Port Connect* | $999 | | |

*on-site install only

*Genesis R&D consultants are also eligible to sign up as exclusive Genesis resellers. As a reseller, you will earn 30% of the total value of any Genesis sales you initiate.*

**Total** _____

**Notice**
*All subscription services will automatically renew at the end of the subscription period, unless you cancel your Paid Subscription before the end of the current subscription period.*

4747 Skyline Rd. S Ste. 100, Salem, OR 97306 ● 800-659-3742 ● 503-585-6242 ● sales@esha.com

# EXHIBIT 9



## Re: Genesis R&D Quote Follow Up

1 message

**Becki Holmes** <becki@foodwit.com>                                  Wed, Aug 30, 2017 at 2:01 PM
To: Benjamin Miller <ben@esha.com>

Hi Ben,

Hope you've been well!  I'd like to sign up for a cloud subscription.  Attached is the completed form.  Please let me know when we can expect access and credentials.

Best,
Becki

On Fri, Aug 18, 2017 at 10:27 AM, Benjamin Miller <ben@esha.com> wrote:

Rebecca,

I am following up to make sure you received the information you were looking for and see if you had a chance to review our Genesis R&D software.

I'm happy to assist and here to help answer any questions.

Best Regards,

Benjamin Miller

Product Consultant

ESHA Research

T: 503-585-6242 x117

F: 503-585-5543

Email: Ben@esha.com

www.esha.com

Facebook | Twitter | LinkedIn

--
Becki Holmes
Foodwit - Founder & Principal
p. 206.457.9598



**esha** | **Genesis R&D®** Food Development and Labeling Software

# 2017 Genesis R&D® Consultant Subscription Price List and Order Form

Name  Rebecca Holmes

Company  Foodwit

Address  8045 SW 11th Avenue

Billing Address (if different)

City  Portland        State  OR        Zip or Postal Code  97219

Phone  206-457-9598        Fax        Email  becki@foodwit.com

To order, call 800-659-3742 option 2 or 503-585-6242 option 2 (outside the U.S.), fax this form to 503-585-5543, email it to sales@esha.com or return this form with payment to: ESHA Research, 4747 Skyline Rd. S Ste. 100, Salem, OR 97306.

**Payment Information:**

Visa/MC/Amex/Disc. #  5592 5700 0241 5276        Expiration  06/19

## PRICES (all prices in U.S. dollars)

| Genesis R&D | Annual | Qty. | Total |
|---|---|---|---|
| Includes<br>• 1 Named User<br>• All Label Modules<br>• ESHA Port | $3,499 | 1 | 3,499 |
| **Add-Ons** | **Annual** | **Qty.** | **Total** |
| Additional Users | $1,499 | | |
| *Workflow Utilities* | | | |
| ESHA Port Connect* | $999 | | |

*on-site install only

*Genesis R&D consultants are also eligible to sign up as exclusive Genesis resellers. As a reseller, you will earn 30% of the total value of any Genesis sales you initiate.*

**Total**  3,499

**Notice**
*All subscription services will automatically renew at the end of the subscription period, unless you cancel your Paid Subscription before the end of the current subscription period.*

# EXHIBIT 10



**RE: Genesis R&D Quote Follow Up**

1 message

**Benjamin Miller** <ben@esha.com>                                                                              Wed, Aug 30, 2017 at 2:10 PM
To: Becki Holmes <becki@foodwit.com>

Becki,

Great! Thank you for providing your credit card information.

To complete the sign-up process for the Genesis Cloud Services, I will need you to fill out this ESHA Cloud Registration Form, so that we can create the account. Once the form is completed, it will take 1-3 business days to have the cloud installation ready to go for you.

When the access is ready, we will send you notification via email.

That email will contain:

1. Your log-in information and link to access Genesis
2. The paid invoice receipt
3. Links for our various support departments, tutorials, and user manual

I look forward to the completion of your set-up form.

Please let us know if we can provide further assistance.

Best Regards,

Benjamin Miller

Product Consultant

ESHA Research

T: 503-585-6242 x117

F: 503-585-5543

Email: Ben@esha.com

www.esha.com

Facebook | Twitter | LinkedIn

**From:** Becki Holmes [mailto:becki@foodwit.com]
**Sent:** Wednesday, August 30, 2017 2:01 PM
**To:** Benjamin Miller <ben@esha.com>
**Subject:** Re: Genesis R&D Quote Follow Up

Hi Ben,

Hope you've been well!  I'd like to sign up for a cloud subscription.  Attached is the completed form.  Please let me know when we can expect access and credentials.

Best,

Becki

On Fri, Aug 18, 2017 at 10:27 AM, Benjamin Miller <ben@esha.com> wrote:

Rebecca,

I am following up to make sure you received the information you were looking for and see if you had a chance to review our Genesis R&D software.

I'm happy to assist and here to help answer any questions.

Best Regards,

Benjamin Miller

Product Consultant

ESHA Research

T: 503-585-6242 x117

F: 503-585-5543

Email: Ben@esha.com

www.esha.com

Facebook | Twitter | LinkedIn

--

Becki Holmes
Foodwit - Founder & Principal
p. 206.457.9598