P. Andrew McStay, Jr., OSB 033997
andymcstay@dwt.com
DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

Matthew S. Warren (*pro hac vice to be filed*)
Erika H. Warren (*pro hac vice to be filed*)
Shaida Shahinfar (*pro hac vice to be filed*)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California 94114
Telephone: (415) 895-2940
Facsimile: (415) 895-2964
2025-04-22@cases.warrenlex.com

*Attorneys for Plaintiff RLH Assets, LLC*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RLH ASSETS, LLC, dba FOODWIT, an Oregon limited liability company,<br><br>                Plaintiff,<br><br>   v.<br><br>ESHA RESEARCH, LLC, an Oregon limited liability company,<br><br>                Defendant. | Case No. 3:25-CV-00656<br><br>**CORPORATE DISCLOSURE STATEMENT** |

        Under Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff RLH Assets, LLC states as follows:

Page 1 – CORPORATE DISCLOSURE STATEMENT

DWT 26757422v1 0085000-004261

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

RLH Assets, LLC is a limited liability company formed under the laws of the state of Oregon.  RLH Assets, LLC has no parent corporation, and no publicly held corporation owns more than 10% of RLH Assets, LLC.

DATED this 22nd day of April, 2025.

**DAVIS WRIGHT TREMAINE LLP**

By  *s/ P. Andrew McStay, Jr.*
P. Andrew McStay, Jr., OSB 033997
andymcstay@dwt.com
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

Matthew S. Warren (*pro hac vice to be filed*)
Erika H. Warren (*pro hac vice to be filed*)
Shaida Shahinfar (*pro hac vice to be filed*)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California 94114
Telephone: (415) 895-2940
Facsimile: (415) 895-2964
2025-04-22@cases.warrenlex.com

*Attorneys for Plaintiff RLH Assets, LLC*

Page 2 – CORPORATE DISCLOSURE STATEMENT

DWT 26757422v1 0085000-004261

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax