AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-CV-00656-SB

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ESHA Research, LLC
was received by me on *(date)* 04/22/2025 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Eden Titus, clerk on duty at the office of CT Corporation System, who is designated by law to accept service of process on behalf of *(name of organization)* ESHA Research, LLC. Service was made at 780 Commercial St. SE, Ste. 100, Salem, OR at 1:15 PM on *(date)* 04/23/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/23/2025

*Server's signature*

Alex Potter
*Printed name and title*

MercuryPDX
PO Box 2274
Portland, OR 97208
*Server's address*

Additional information regarding attempted service, etc:
Documents Served: Summons in a Civil Action, Complaint, Corporate Disclosure Statement, and Civil Case Assignment Order