P. Andrew McStay, Jr., OSB 033997
andymcstay@dwt.com
DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

Matthew S. Warren (*pro hac vice pending*)
Erika H. Warren (*pro hac vice pending*)
Shaida Shahinfar (*pro hac vice pending*)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California 94114
Telephone: (415) 895-2940
Facsimile: (415) 895-2964
25-656@cases.warrenlex.com

*Attorneys for Plaintiff RLH Assets, LLC*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RLH ASSETS, LLC, dba FOODWIT, an Oregon limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ESHA RESEARCH, LLC, an Oregon limited liability company,<br><br>　　　　　　　Defendant. | Case No. 3:25-CV-00656-SB<br><br>**NOTICE OF RELATED CASE** |

　　　　Pursuant to L.R. 42-2, plaintiff RLH Assets, LLC, dba Foodwit, identifies the following related case: *ESHA Research, Inc., now known as Trustwell v. Cronometer Software, Inc., formerly known as BigCrunch Consulting, Ltd., and Does 1-20*, Case No. 3:24-cv-01586-AB (D. Or.).

DATED this 24th day of April, 2025.

        **DAVIS WRIGHT TREMAINE LLP**

        By  s/ P. Andrew McStay, Jr.
            P. Andrew McStay, Jr., OSB 033997
            andymcstay@dwt.com
            Telephone: (503) 241-2300
            Facsimile: (503) 778-5299

            Matthew S. Warren (*pro hac vice pending)*
            Erika H. Warren (*pro hac vice pending*)
            Shaida Shahinfar (*pro hac vice pending*)
            WARREN KASH WARREN LLP
            2261 Market Street, No. 606
            San Francisco, California 94114
            Telephone: (415) 895-2940
            Facsimile: (415) 895-2964
            25-656@cases.warrenlex.com

            Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below I served a copy of the foregoing

**NOTICE OF RELATED CASE** by first-class mail on:

> ESHA Research, LLC
> c/o CT Corporation System, Registered Agent
> 2355 State Street, Suite 101
> Salem, OR 97301

Dated this 24th day of April, 2025.

DAVIS WRIGHT TREMAINE LLP

By  s/ P. Andrew McStay, Jr.
    P. Andrew McStay, Jr., OSB 033997

Attorneys for Plaintiff