**Brian R. Talcott, OSB 965371**
DUNN CARNEY ALLEN HIGGINS & TONGUE LLP
851 SW Sixth Ave., Suite 1500
Portland, Oregon 97204
Telephone: (503) 224-6440
Facsimile: (503) 224-7324
Email: btalcott@dunncarney.com

**Cary D. Sullivan** (*PHV app. pending*)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
E-mail:  carysullivan@jonesday.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RLH ASSETS, LLC, doing business as FOODWIT, an Oregon limited liability company,**<br><br>        Plaintiff,<br><br>    v.<br><br>**ESHA RESEARCH, LLC, an Oregon limited liability company,**<br><br>        Defendant. | Case No. 3:25-cv-00656-AB<br><br>**DEFENDANT'S UNOPPOSED MOTION TO EXTEND FIRST APPEARANCE DATE** |

Pursuant to Fed. R. Civ. P 6(b), defendant ESHA Research, LLC, now known as Trustwell ("Trustwell"), moves the Court for an order extending the time for Trustwell to respond to the complaint in this case by 21 days, from the current deadline of May 14, 2025 to June 4, 2025.  This motion is unopposed.

Page 1    **DEFENDANT'S   UNOPPOSED   MOTION   TO   EXTEND   FIRST APPEARANCE DATE**

In February 2025, Trustwell filed an action in the District of Delaware against the plaintiff in this case, RLH Assets, LLC d/b/a Foodwit ("Foodwit"), entitled *ESHA Research, LLC, now known as Trustwell v. RLH Assets, LLC d/b/a Foodwit, et al.*, United States District Court for the District of Delaware, C.A. No. 25-206-RGA. Foodwit moved to transfer that case to this District, and Trustwell did not oppose the transfer. On May 7, 2025, the Delaware District Court ordered that case to be transferred to this District. Once the transfer is complete, Trustwell intends to file in the transferred case an amended complaint. Trustwell anticipates that Foodwit will likewise file a motion to extend its first appearance time in the transferred case.

In light of the pending transfer, Trustwell and Foodwit have agreed that neither will oppose an extension of up to 21 days for the other to file its first appearance in the respective actions. In short, good cause exists for this motion in order to allow the transfer from Delaware to occur, allow time for Trustwell to amend its complaint in the transferred action and to then align the parties' first appearance deadlines in both cases.

Dated this 12th day of May, 2025.

DUNN CARNEY ALLEN HIGGINS & TONGUE LLP

 *S/ BRIAN R. TALCOTT*
**Brian R. Talcott, OSB 965371**
Email: btalcott@dunncarney.com

Telephone: 503.224.6440
Facsimile: 503.224.7324
Attorneys for Defendant

Page 2   **DEFENDANT'S UNOPPOSED MOTION TO EXTEND FIRST APPEARANCE DATE**