P. Andrew McStay, Jr., OSB 033997
DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
Telephone: (503) 241-2300
Facsimile: (503) 778-5299
andymcstay@dwt.com

Matthew S. Warren (*pro hac vice*)
Erika H. Warren (*pro hac vice*)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California 94114
Telephone: (415) 895-2940
Facsimile: (415) 895-2964
25-656@cases.warrenlex.com

*Attorneys for Plaintiff RLH Assets, LLC dba Foodwit*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RLH ASSETS, LLC, dba FOODWIT, an Oregon limited liability company,<br><br>           Plaintiff,<br><br>     v.<br><br>ESHA RESEARCH, LLC, an Oregon limited liability company,<br><br>           Defendant. | Case No. 3:25-CV-00656-SB<br><br>**NOTICE OF ATTORNEY WITHDRAWAL** |

PLEASE TAKE NOTICE that Shaida Shahinfar hereby withdraws at attorney of record for Plaintiff RLH Assetts, LLC, dba Foodwit ("Foodwit") in the matter listed above. P. Andrew McStay, Jr. of Davis Wright Tremaine LLP and Matthew S. Warren and Erika H. Warren of Warren Kash Warren LLP remain as counsel of record for Foodwit, and all filings and

communications in this matter should continue to be served on them as counsel of record for Foodwit.

DATED this 28th day of May, 2025.

**WARREN CASH WARREN LLP**

By  s/ Matthew S. Warren
Matthew S. Warren (*pro hac vice*)
Erika H. Warren (*pro hac vice*)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California 94114
Telephone: (415) 895-2940
Facsimile: (415) 895-2964
25-656@cases.warrenlex.com

P. Andrew McStay, Jr., OSB 033997
DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
Telephone: (503) 778-5302
Facsimile: (503) 778-5299
andymcstay@dwt.com