**Brian R. Talcott, OSB 965371**
DUNN CARNEY ALLEN HIGGINS & TONGUE LLP
851 SW Sixth Ave., Suite 1500
Portland, Oregon 97204
Telephone: (503) 224-6440
Facsimile: (503) 224-7324
Email: btalcott@dunncarney.com

**Cary D. Sullivan** (*PHV app. to be filed*)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
E-mail: carysullivan@jonesday.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RLH ASSETS, LLC**, doing business as **FOODWIT**, an Oregon limited liability company,<br><br>                Plaintiff,<br><br>    v.<br><br>**ESHA RESEARCH, LLC**, also known as **TRUSTWELL,** an Oregon limited liability company,<br><br>                Defendant. | Case No. 3:25-cv-00656-AB<br><br>**NOTICE OF RELATED CASE** |

Pursuant to L.R. 42-2, defendant ESHA Research, LLC, now known as Trustwell ("Trustwell") identifies the following related case: *ESHA Research, LLC, now known as Trustwell v. RLH Assets, LLC, doing business as Foodwit*, Case No. 3:25-CV-00880-JR (D. Or.) (the "related case"). The related case was originally filed in the District of Delaware but was recently transferred to this district. The complaint in this lawsuit is in direct response to the claims brought

against RLH Assets, LLC in the related case. Trustwell filed a separate Notice of Related Case in the related case on May 27, 2025, but the related case has not yet been transferred to this Court.

Dated this 10th day of June, 2025.

                      DUNN CARNEY ALLEN HIGGINS & TONGUE LLP

                      *S/ BRIAN R. TALCOTT*
                      **Brian R. Talcott, OSB 965371**
                      Email: btalcott@dunncarney.com
                      Telephone: 503.224.6440
                      Facsimile: 503.224.7324

                      *Of Counsel*:

                      Cary D. Sullivan (*pro hac vice* to be filed)
                      JONES DAY
                      3161 Michelson Drive, Suite 800
                      Irvine, CA 92612
                      Telephone: (949) 851-3939
                      carysullivan@jonesday.com

                      Attorneys for Defendant