P. Andrew McStay, Jr., OSB No. 033997
DAVIS WRIGHT TREMAINE LLP
560 S.W. Tenth Avenue, Suite 700
Portland, Oregon, 97205
+1 (503) 241-2300
+1 (503) 778-5299 facsimile
andymcstay@dwt.com

Matthew S. Warren (*pro hac vice*)
Erika H. Warren (*pro hac vice*)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-880@cases.warrenllp.com
25-656@cases.warrenllp.com

*Attorneys for RLH Assets, LLC d/b/a Foodwit*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ESHA RESEARCH, LLC, an Oregon limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>RLH ASSETS, LLC d/b/a FOODWIT, an Oregon limited liability company,<br><br>Defendant. | Case No. 3:25-cv-00880-AB<br><br>**CERTIFICATE OF SERVICE** |
| RLH ASSETS, LLC d/b/a FOODWIT, an Oregon limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ESHA RESEARCH, LLC, an Oregon limited liability company,<br><br>Defendant. | Case No. 3:25-cv-00656-AB<br><br>**CERTIFICATE OF SERVICE** |

I, Kailey Fung, declare under 28 U.S.C. § 1746:

On September 29, 2026, I served true and correct copies of the following documents on counsel for ESHA Research, LLC:

Foodwit's Brief Regarding Allocation of the Special Master's Fees and Costs;

Declaration of Matthew S. Warren in Support of Foodwit's Brief Regarding Allocation of the Special Master's Fees and Costs and Exhibits 1 to 6 thereto; and

Declaration of Rebecca Holmes in Support of Foodwit's Brief Regarding Allocation of the Special Master's Fees and Costs and Exhibits 1 to 4 thereto,

under the parties' electronic service agreement at the following addresses:

Cary D. Sullivan
Jones Day
3161 Michelson Drive, Suite 800
Irvine, California, 92612
carysullivan@jonesday.com

Brian R. Talcott
Dunn Carney LLP
851 SW Sixth Avenue, Suite 1500
Portland, Oregon, 97204
btalcott@dunncarney.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 29, 2026, in San Francisco, California.

Kailey Fung