# EXHIBIT A

DUNN CARNEY LLP
Brian R. Talcott, OSB 965371
btalcott@dunncarney.com
851 SW Sixth Avenue, Suite 1500
Portland, Oregon 97204
Telephone: +1.949.851.3939
Facsimile: +1.502.224.7324

JONES DAY
Cary D. Sullivan, (*admitted Pro Hac Vice*)
carysullivan@jonesday.com
3161 Michelson Drive, Suite 800
Irvine, California 92612.4408
Telephone: +1.949.851.3939
Facsimile: +1.949.553.7539

*Attorneys for Plaintiff*
TRUSTWELL

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON – PORTLAND DIVISION

ESHA RESEARCH, LLC, now known as TRUSTWELL,

Plaintiff,

v.

RLH ASSETS, LLC, doing business as FOODWIT, an Oregon limited liability company,

Defendant.

Case No. 3:25-cv-00880-AB

**PLAINTIFF TRUSTWELL'S NOTICE OF EXPERT INSPECTION TO DEFENDANT FOODWIT**

Complaint Filed: 02/20/2025
SAC Filed: 10/22/2025

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff ESHA Research, LLC, now known as Trustwell ("Trustwell"), hereby requests that Defendant RLH Assets, LLC, doing business as Foodwit ("Foodwit"), grant Trustwell through its consultants and/or experts access to inspect Foodwit's Workbench platform, as described below, at the level of an IT Administrator, beginning on September 16, 2026, at 9:00 a.m. local time, and continuing until completed.

Trustwell seeks access to inspect the following:

- All versions of the Workbench platform, including but not limited to live and fully functional client versions and iterations thereof, development or beta versions, and any specialized or customized versions;
- All underlying or embedded databases or other data sources utilized by the Workbench platform, including but not limited to food and nutrition databases and data; and
- All applications, tools, and software for the Workbench platform, for the purpose of inspecting, testing, sampling, and photographing.

Such access should be sufficient to review the Workbench platform in order to understand the following:

a. What the Workbench platform does;

b. How the Workbench platform functions, including but not limited to its features, modes, modules, and functionalities;

c How the Workbench platform is developed, structured, and designed;

d. All templates, formats, and other configuration options the Workbench platform offers or contains;

e. Where supporting information and data utilized by the Workbench platform comes from, and how such information and data is utilized;

f. How the Workbench platform can be customized, modified, or otherwise tailored for or by clients or customers;

g. Any functionality or schema to import or export data directly to or from the Workbench platform (including, for example, using upload templates or web services); and

h. What nutritional records, classifications, and attributes are available from the default database available to Workbench clients or customers.

Dated: August 17, 2026

Respectfully submitted,

**JONES DAY**

*/s/ Cary D. Sullivan*

Cary D. Sullivan (*admitted Pro Hac Vice*)
Email: carysullivan@jonesday.com

**DUNN CARNEY LLP**
Brian R. Talcott, OSB 965371
Email: btalcott@dunncarney.com

*Attorneys for Plaintiff*
TRUSTWELL