# Exhibit A

## Filed under seal.