# Exhibit D

## Filed under seal.