# Exhibit A

Warren LLP

Warren LLP
2261 Market Street, No. 606
San Francisco, California 94114
TEL +1 (415) 895 2940
FAX +1 (415) 895 2964
warrenllp.com

August 12, 2026

**By Electronic Mail**

Cary D. Sullivan
Jones Day
3161 Michelson Drive, Suite 800
Irvine, California, 92612
carysullivan@jonesday.com

Brian R. Talcott
Dunn Carney LLP
851 SW Sixth Avenue, Suite 1500
Portland, Oregon, 97204
btalcott@dunncarney.com

**Re: ESHA Research, LLC v. RLH Assets, LLC, No. 25-880 (D. Oregon)**

Counsel:

I write in response to your email of August 5 regarding an "inspection of Workbench." Your letter did not identify which discovery request or requests you believe call for this inspection. In the future, we would appreciate it if you could include this information in similar emails; we will of course do the same. In any event, we have reviewed Foodwit's responses to ESHA's first set of requests for production, and will supplement its responses appropriately.

As part of this supplementation, subject to its objections, Foodwit will produce for inspection source code relating to the Workbench features you accuse, upon entry of a supplemental protective order governing inspection of source code. We have prepared a proposed supplemental protective order, attached here for your review. Thank you for your continued time and courtesy in this matter.

Very Truly Yours,

Erika H. Warren

Enclosure