# Exhibit G

Brian R. Talcott, OSB No. 965371
DUNN CARNEY LLP
851 SW Sixth Avenue, Suite 1500
Portland, OR 97204
Telephone: (503) 224-6440
Facsimile: (503) 224-7324
E-mail: btalcott@dunncarney.com

Cary D. Sullivan (*pro hac vice to be filed*)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
E-mail: carysullivan@jonesday.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON – PORTLAND DIVISION

RLH ASSETS, LLC, doing business as FOODWIT, an Oregon limited liability company,

Plaintiff,

v.

ESHA RESEARCH, LLC, also known as TRUSTWELL, an Oregon limited liability company,

Defendant.

Civil No. 3:25−cv−00656−AB

**DEFENDANT TRUSTWELL'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF FOODWIT**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and the applicable Local Rules of the District of Oregon, Defendant ESHA Research, LLC, now known as Trustwell ("Trustwell"), hereby requests that Plaintiff RLH Assets, LLC, doing business as Foodwit ("Foodwit"), produce each of the documents and tangible things requested below within thirty (30) days of service hereof, in accordance with the definitions and instructions set forth herein.

**DEFINITIONS**

1. "ACTION" means this action: RLH Assets, LLC, dba Foodwit v. ESHA Research, LLC, Case No. 3:25-CV-00656, U.S. District Court for the District of Oregon.

2. "TRUSTWELL" means Defendant ESHA Research, LLC, now known as Trustwell.

3. "YOU" and "YOUR" mean Plaintiff RLH Assets, LLC, doing business as Foodwith ("Foodwit"), and any present and former executives, officers, general partners, limited partners, employees, agents, members, representatives, attorneys, accountants, consultants, advisors, and all other persons acting or purporting to act on behalf of, at the insistence of, or for the benefit of, Foodwit.

4. "DOCUMENTS" shall have the broadest meaning permitted under the Federal Rules of Civil Procedure and includes all writings or other tangible or electronic or computer records or electronically stored information, including, but not limited to, all reports and records, correspondence, notes, electronic mail or e-mail, memoranda, minutes, invoices, day-timers, text messages, instant messages, ledgers, tape or other recordings, contracts, files, and all other writings or data compilations of any nature or sort from which information can be obtained, whether inscribed by hand or mechanical, electronic, microfilm, photographic or other means, as well as phonic or visual reproduction of any oral statement, conversation, or event. The word "documents" also includes all drafts and non-identical copies. Documents that include any notations or marks thereon shall be considered non-identical copies.



**DUNN CARNEY ALLEN HIGGINS & TONGUE LLP**
Attorneys at Law
851 SW Sixth Ave., Suite 1500
Portland, Oregon 97204-1357
503.224.6440 / Fax: 503.224.7324

5. "COMMUNICATIONS" shall mean and include any and all transmissions of information by any means, including, without limitation, any and all inquiries, discussions, conferences, conversations, negotiations, notes, meetings, interviews, or other communications, whether through face-to-face meetings, telephone calls or messages, letters, faxes, email, memoranda, SMS, MMS, or other text messages, other instant electronic messages, notes, telegrams, cables, telex messages, or other written, oral, or visual communications.

6. "COMPLAINT" means YOUR Complaint (ECF No. 1), filed in this ACTION on April 22, 2025.

7. "IDENTIFY." when used with respect to a natural person, means to state the person's entire name, business affiliation or employer, job classification or title, and last known residential and business addresses and phone numbers, as well as any other means by which YOU know to contact that person; when used to refer to an act or occurrence, means to describe the act or occurrence, including its date and time, place, and subject matter, and to identify all persons who engaged in the act or occurrence; and when used to refer to a COMMUNICATION, means to describe the COMMUNICATION, including its date and time, location, the means of COMMUNICATION (e.g., telephone, personal meeting, email, etc.), and subject matter, and to identify all persons who engaged in or heard the COMMUNICATION.

8. The words "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the Requests information that might otherwise be construed to be outside of their scope; the singular shall include the plural and the plural shall include the singular except as the context may otherwise dictate; the term "any" means "any and all" and the term "all" means "any and all"; the past tense shall include the present tense, and vice versa; the use of the masculine includes the feminine, and the use of the feminine includes the masculine; and the word "including" means "including without limitation."

9. The verb "relate" and its variants encompass the terms "refer," "reflect," and "concern," and shall be construed broadly to bring within the scope of the Request any document



**DUNN CARNEY ALLEN HIGGINS & TONGUE LLP**
Attorneys at Law
851 SW Sixth Ave., Suite 1500
Portland, Oregon 97204-1357
503.224.6440 / Fax: 503.224.7324

or information that comprises, evidences, constitutes, describes, explicitly or implicitly refers to, was reviewed in conjunction with, or was generated as a result of the subject matter of the Request, including but not limited to all information that reflects, records, memorializes, discusses, evaluates, considers, reviews, reports, or otherwise evidences the existence of the subject matter of the Request.

**INSTRUCTIONS**

1. These requests for production ("Requests") seek documents and tangible things in YOUR possession, custody, or control as of the date YOUR responses are served and to the full extent required by the Federal Rules of Civil Procedure and the Local Rules of the District of Oregon. As these Requests are continuing, YOU are obligated to promptly supplement or correct any response and/or production that is or becomes incomplete or inaccurate, in accordance with Rule 26(e), such as if responsive documents or things are subsequently created, received, or come within YOUR control as defined herein. Pursuant to Rule 26(e), YOU must update or correct any such information and/or production promptly after learning of the need to supplement.

2. In responding to these Requests, YOU shall produce all responsive documents and things in YOUR possession, custody, or control or in the possession, custody, or control of any of YOUR respective managing agents, employees, agents, attorneys, accountants, or other representatives.

3. A document or thing is deemed to be in YOUR control if you have the right or the practical ability to secure the document or thing, or a copy of the document from another person having possession or custody of the document.

4. YOU shall respond to each Request on the basis of YOUR entire knowledge from all sources after conducting an appropriate good faith inquiry and search.

5. If any responsive document was, but is no longer, in YOUR possession or subject to YOUR control, state whether it is (a) missing or lost; (b) destroyed; (c) transferred voluntarily



DUNN CARNEY ALLEN HIGGINS & TONGUE LLP
Attorneys at Law
851 SW Sixth Ave., Suite 1500
Portland, Oregon 97204-1357
503.224.6440 / Fax: 503.224.7324

or involuntarily to others; or (d) otherwise disposed of, and in each instance provide the name and address of its current or last known custodian, the circumstances surrounding such disposition, and any and all records pertaining to its loss, transfer, or destruction.

6. If YOU know of the existence of any document or thing called for in a Request but such document or thing is not presently in YOUR possession, custody, or control, YOU shall so state in response to the Request, identify such document or thing in response to the Request, and identify the individual in whose possession, custody, or control the document or thing was last known to reside.

7. In the event YOU withhold any document or thing on a claim of attorney/client privilege or work product immunity, contemporaneously provide a privilege log that describes the nature and basis for YOUR claim and the subject matter, date, recipients, and author of the document withheld, or in the case of a thing, a description sufficient to identify the thing and its location. Such privilege log shall disclose the facts upon which YOU rely in asserting YOUR claim sufficient to permit identification of the grounds and reasons for withholding the document or thing. If YOU withhold a portion of any document responsive to these Requests under a claim of privilege pursuant to this instruction, produce any non-privileged portion of such document with the portion claimed to be privileged redacted with a clear designation that the redaction has been made.

8. Produce documents as they are maintained in the normal course of business, and:

(i) all associated file labels, file headings thereon, and file folders shall be produced together with the responsive documents from each file;

(ii) all documents that cannot be legibly copied shall be produced in their original form; otherwise YOU may produce photocopies;

(iii) each page shall be given a discrete production number unless the item is an electronic file (e.g., Excel spreadsheet) produced in native format, which may be marked with a single production number; and



**DUNN CARNEY ALLEN HIGGINS & TONGUE LLP**
Attorneys at Law
851 SW Sixth Ave., Suite 1500
Portland, Oregon 97204-1357
503.224.6440 / Fax: 503.224.7324

(iv) except as qualified in instruction 7, produce each document requested herein in its entirety, without deletion or redaction regardless of whether YOU consider the entire document to be relevant or responsive to the Requests.

If YOU contend that it would be unreasonably burdensome to obtain and provide all the documents, things, or information called for in response to any of these Requests, then for each such Request:

(i) produce all documents, things and information that are available to YOU without undertaking what is contended to be an unreasonable burden;

(ii) describe with particularity the efforts made by YOU or on YOUR behalf to secure such documents, things, and information; and

(iii) state with particularity the grounds on which YOU contend that additional efforts to obtain such documents, things or information would be unreasonably burdensome.

9. Electronic records or computerized information shall be produced in an intelligible format, together with a description of the system from which the information was obtained and the name of the program that may be used to access or read the records or information sufficient to permit rendering the materials intelligible, and shall include all applicable metadata.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1:** All DOCUMENTS referenced in YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

**REQUEST FOR PRODUCTION NO. 2:** All DOCUMENTS referencing YOUR COMMUNICATIONS with TRUSTWELL.



DUNN CARNEY ALLEN HIGGINS & TONGUE LLP
Attorneys at Law
851 SW Sixth Ave., Suite 1500
Portland, Oregon 97204-1357
503.224.6440 / Fax: 503.224.7324

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

**REQUEST FOR PRODUCTION NO. 3:** All DOCUMENTS reflecting or referencing any of YOUR agreements with TRUSTWELL, including but not limited to license agreements.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3**:

**REQUEST FOR PRODUCTION NO. 4:** All DOCUMENTS reflecting or referencing any amendments or changes that YOU believe were made to any terms or conditions of any of YOUR agreements with TRUSTWELL, including but not limited to license agreements.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

**REQUEST FOR PRODUCTION NO. 5:** All DOCUMENTS reflecting or referencing any efforts YOU made to comply with any terms or conditions of any of YOUR agreements with TRUSTWELL.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

**REQUEST FOR PRODUCTION NO. 6:** All COMMUNICATIONS with TRUSTWELL.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

**REQUEST FOR PRODUCTION NO. 7:** All DOCUMENTS relating to TRUSTWELL.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

**REQUEST FOR PRODUCTION NO. 8:** All COMMUNICATIONS relating to TRUSTWELL, including but not limited to COMMUNICATIONS with employees, clients, or third parties, as well as online comments and discussions.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

**REQUEST FOR PRODUCTION NO. 9:** All DOCUMENTS reflecting or referencing any payments YOU made to TRUSTWELL.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

**REQUEST FOR PRODUCTION NO. 10:** All software and data that YOU received from TRUSTWELL.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

**REQUEST FOR PRODUCTION NO. 11:** All DOCUMENTS reflecting or referencing the ways in which YOU used any software or data that YOU received from TRUSTWELL.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

**REQUEST FOR PRODUCTION NO. 12:** All DOCUMENTS relating to the use of any software or data received from TRUSTWELL in any of YOUR products or services.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

**REQUEST FOR PRODUCTION NO. 13:** All DOCUMENTS relating to any security policies, practices, or protocols that YOU implemented or followed with respect to any software or data YOU received from TRUSTWELL.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

**REQUEST FOR PRODUCTION NO. 14:** All DOCUMENTS relating to any security policies, practices, or protocols that YOU implemented or followed with respect to YOUR intellectual property or other confidential information since 2017.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**



**DUNN CARNEY ALLEN HIGGINS & TONGUE LLP**
Attorneys at Law
851 SW Sixth Ave., Suite 1500
Portland, Oregon 97204-1357
503.224.6440 / Fax: 503.224.7324

**REQUEST FOR PRODUCTION NO. 15:** All DOCUMENTS reflecting or referencing how YOU maintained any software or data that YOU received from TRUSTWELL.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

**REQUEST FOR PRODUCTION NO. 16:** All DOCUMENTS reflecting or referencing any marketing or advertising of YOUR products or services that utilized or were based on any software or data that YOU received from TRUSTWELL.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

**REQUEST FOR PRODUCTION NO. 17:** All DOCUMENTS reflecting or referencing any sales of YOUR products or services that utilized or were based on any software or data that YOU received from TRUSTWELL.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

**REQUEST FOR PRODUCTION NO. 18:** DOCUMENTS sufficient to IDENTIFY all clients to which any of YOUR products or services that utilized or were based on any software or data that YOU received from TRUSTWELL were advertised or marketed.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

**REQUEST FOR PRODUCTION NO. 19:** DOCUMENTS sufficient to IDENTIFY all clients to which any of YOUR products or services that utilized or were based on any software or data that YOU received from TRUSTWELL were sold.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**



**DUNN CARNEY ALLEN HIGGINS & TONGUE LLP**
Attorneys at Law
851 SW Sixth Ave., Suite 1500
Portland, Oregon 97204-1357
503.224.6440 / Fax: 503.224.7324

**REQUEST FOR PRODUCTION NO. 20:** DOCUMENTS sufficient to IDENTIFY all revenues from any sales of YOUR products or services that utilized or were based on any software or data that YOU received from TRUSTWELL.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

**REQUEST FOR PRODUCTION NO. 21:** DOCUMENTS sufficient to IDENTIFY all profits realized from any sales of YOUR products or services that utilized or were based on any software or data that YOU received from TRUSTWELL.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

**REQUEST FOR PRODUCTION NO. 22:** DOCUMENTS sufficient to IDENTIFY YOUR annual revenues since 2017.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

**REQUEST FOR PRODUCTION NO. 23:** YOUR annual tax returns since 2017.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

**REQUEST FOR PRODUCTION NO. 24:** DOCUMENTS sufficient to IDENTIFY all clients or customers that have paid for access to or use of any of YOUR products or services each year since 2017.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 24:**

**REQUEST FOR PRODUCTION NO. 25:** DOCUMENTS sufficient to IDENTIFY all products and services YOU have sold to clients since 2017.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**



**DUNN CARNEY ALLEN HIGGINS & TONGUE LLP**
Attorneys at Law
851 SW Sixth Ave., Suite 1500
Portland, Oregon 97204-1357
503.224.6440 / Fax: 503.224.7324

**REQUEST FOR PRODUCTION NO. 26:** All interviews conducted by Becki Holmes since 2017.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 26:**

**REQUEST FOR PRODUCTION NO. 27:** All DOCUMENTS supporting any affirmative defenses YOU assert in this ACTION.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 27:**

**REQUEST FOR PRODUCTION NO. 28:** All DOCUMENTS reflecting or IDENTIFYING the "market for SaaS-based applications for packaged food-labeling compliance in the United States," as alleged in paragraph 151 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 28:**

**REQUEST FOR PRODUCTION NO. 29:** DOCUMENTS sufficient to IDENTIFY the "reasonably interchangeable" "[p]roducts in the U.S. market for SaaS-based applications for packaged food-labeling compliance," as alleged in paragraph 152 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 29:**

**REQUEST FOR PRODUCTION NO. 30:** DOCUMENTS sufficient to IDENTIFY the "small handful of players" in the "U.S. market for SaaS-based applications for packaged food-labeling compliance," as alleged in paragraph 154 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 30:**



**DUNN CARNEY ALLEN HIGGINS & TONGUE LLP**
Attorneys at Law
851 SW Sixth Ave., Suite 1500
Portland, Oregon 97204-1357
503.224.6440 / Fax: 503.224.7324

**REQUEST FOR PRODUCTION NO. 31:** All DOCUMENTS reflecting or IDENTIFYING the "substantial and durable market power" that YOU allege TRUSTWELL has, as set forth in paragraph 155 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 31:**

**REQUEST FOR PRODUCTION NO. 32:** All DOCUMENTS reflecting or IDENTIFYING the "dominant market position" that YOU allege TRUSTWELL has, as set forth in paragraph 156 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 32:** All DOCUMENTS reflecting or IDENTIFYING the "significant barriers to entry" that YOU allege exist in the "U.S. market for SaaS-based applications for food-labeling compliance," as set forth in paragraph 158 of YOUR COMPLAINT.

**REQUEST FOR PRODUCTION NO. 33:** All DOCUMENTS reflecting or IDENTIFYING the "monopoly power in this market" that YOU allege TRUSTWELL "possesses," as set forth in paragraph 162 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 33:**

**REQUEST FOR PRODUCTION NO. 34:** DOCUMENTS sufficient to IDENTIFY all "competitors" in "this market," as alleged in paragraph 162 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 34:**



**DUNN CARNEY ALLEN HIGGINS & TONGUE LLP**
Attorneys at Law
851 SW Sixth Ave., Suite 1500
Portland, Oregon 97204-1357
503.224.6440 / Fax: 503.224.7324

**REQUEST FOR PRODUCTION NO. 35:** All DOCUMENTS reflecting or IDENTIFYING the "great lengths" to which YOU allege TRUSTWELL "has gone … to willfully maintain or attempt to maintain its monopoly position," as set forth in paragraph 163 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 35:**

**REQUEST FOR PRODUCTION NO. 36:** All DOCUMENTS reflecting or IDENTIFYING each instance or circumstance in which TRUSTWELL "acknowledges its own monopoly power," as alleged in paragraph 181 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 36:**

**REQUEST FOR PRODUCTION NO. 37:** All DOCUMENTS reflecting or IDENTIFYING each instance or circumstance in which TRUSTWELL "continues to engage in anticompetitive conduct," as alleged in paragraph 183 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 37:**

**REQUEST FOR PRODUCTION NO. 38:** DOCUMENTS sufficient to IDENTIFY all "prospective customers who have approached Foodwit to employ its SaaS-based application for packaged food-labeling compliance," as alleged in paragraph 212 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 38:**

**REQUEST FOR PRODUCTION NO. 39:** All DOCUMENTS reflecting or IDENTIFYING the ways in which TRUSTWELL "intentionally and tortiously interfered and continues to interfere with Foodwit's prospective customers," as alleged in paragraph 214 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 39:**



**DUNN CARNEY ALLEN HIGGINS & TONGUE LLP**
Attorneys at Law
851 SW Sixth Ave., Suite 1500
Portland, Oregon 97204-1357
503.224.6440 / Fax: 503.224.7324

**REQUEST FOR PRODUCTION NO. 40:** All DOCUMENTS reflecting or supporting the assertion that “Foodwit would with reasonable probability have realized its expected business relations or economic advantage,” as alleged in paragraph 215 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 40:**

**REQUEST FOR PRODUCTION NO. 41:** DOCUMENTS sufficient to IDENTIFY relative market shares of the “competitors” in “this market,” as alleged in paragraph 162 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 41:**

**REQUEST FOR PRODUCTION NO. 42:** All DOCUMENTS reflecting or supporting the assertion that TRUSTWELL “filed its Delaware action with knowledge that its claims were and are baseless for the improper purpose of eliminating Foodwit as a competitor in the relevant market” as alleged in paragraph 194 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 42:**

**REQUEST FOR PRODUCTION NO. 43:** All DOCUMENTS reflecting or supporting the assertion that “[n]o reasonable litigant could conclude that any claim within the as-filed ESHA complaint has merit,” as alleged in paragraph 168 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 43:**

**REQUEST FOR PRODUCTION NO. 44:** All DOCUMENTS reflecting or supporting the assertion that TRUSTWELL “further subjectively believes its filed complaint lacks merit,” as alleged in paragraph 169 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 44:**



**DUNN CARNEY ALLEN HIGGINS & TONGUE LLP**
Attorneys at Law
851 SW Sixth Ave., Suite 1500
Portland, Oregon 97204-1357
503.224.6440 / Fax: 503.224.7324

**REQUEST FOR PRODUCTION NO. 45:** All DOCUMENTS supporting YOUR assertion that YOU suffered any harm or damage as a result of any conduct of TRUSTWELL.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 45:**

**REQUEST FOR PRODUCTION NO. 46:** All DOCUMENTS supporting YOUR claim for damages against TRUSTWELL, as pled in the "Prayer For Relief" in YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 46:**

**REQUEST FOR PRODUCTION NO. 47:** All DOCUMENTS reflecting or representing any action YOU took in response to any harm or damage that YOU claim to have suffered as a result of any conduct of TRUSTWELL.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 47:**

**REQUEST FOR PRODUCTION NO. 48:** DOCUMENTS sufficient to IDENTIFY every individual or entity that had access to any software or data that YOU received from TRUSTWELL.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 48:**

**REQUEST FOR PRODUCTION NO. 49:** All DOCUMENTS reflecting or referencing any contracts or agreements that YOU entered into with any individual or entity that had access to any software or data YOU that received from TRUSTWELL.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 49:**

**REQUEST FOR PRODUCTION NO. 50:** All DOCUMENTS reflecting or referencing any efforts YOU made to remove any software or data that YOU received from TRUSTWELL from any of YOUR products and services.



**DUNN CARNEY ALLEN HIGGINS & TONGUE LLP**
Attorneys at Law
851 SW Sixth Ave., Suite 1500
Portland, Oregon 97204-1357
503.224.6440 / Fax: 503.224.7324

**RESPONSE TO REQUEST FOR PRODUCTION NO. 50:**

**REQUEST FOR PRODUCTION NO. 51:** All COMMUNICATIONS relating to the removal of any software or data that YOU received from TRUSTWELL from any of YOUR products and services, including but not limited to COMMUNICATIONS with employees, clients, or third parties, as well as online comments and discussions.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 51:**

**REQUEST FOR PRODUCTION NO. 52:** DOCUMENTS sufficient to IDENTIFY all of YOUR officers, directors, and employees since 2017.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 52:**

**REQUEST FOR PRODUCTION NO. 53:** All DOCUMENTS reflecting or referencing any efforts YOU made to license any software or data from third parties.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 53:**

**REQUEST FOR PRODUCTION NO. 54:** DOCUMENTS sufficient to IDENTIFY all terms and conditions pursuant to which YOU licensed any software or data from third parties.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 54:**

**REQUEST FOR PRODUCTION NO. 55:** All DOCUMENTS relating to any market analyses, industry analyses, market projections, consumer studies, surveys, focus group reports, and other business analyses regarding any markets in which YOU operate or plan to operate.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 55:**



**DUNN CARNEY ALLEN HIGGINS & TONGUE LLP**
Attorneys at Law
851 SW Sixth Ave., Suite 1500
Portland, Oregon 97204-1357
503.224.6440 / Fax: 503.224.7324

**REQUEST FOR PRODUCTION NO. 56:** All COMMUNICATIONS relating to any market analyses, industry analyses, market projections, consumer studies, surveys, focus group reports, and other business analyses regarding any markets in which YOU operate or plan to operate.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 56:**

**REQUEST FOR PRODUCTION NO. 57:** DOCUMENTS sufficient to IDENTIFY all competitors in any markets in which YOU operate or plan to operate.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 57:**

**REQUEST FOR PRODUCTION NO. 58:** All DOCUMENTS relating to Workbench and any related or subsequent version or iteration of that product.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 58:**

**REQUEST FOR PRODUCTION NO. 59:** All non-privileged COMMUNICATIONS, including but not limited to internal COMMUNICATIONS and COMMUNICATIONS with third parties, relating to this ACTION.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 59:**

**REQUEST FOR PRODUCTION NO. 60:** All DOCUMENTS and COMMUNICATIONS IDENTIFIED in YOUR Initial Disclosures pursuant to Federal Rule of Civil Procure 26(a)(1).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 60:**

**REQUEST FOR PRODUCTION NO. 61:** All DOCUMENTS YOU received or received in response to any subpoena YOU served in this ACTION.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 61:**



**DUNN CARNEY ALLEN HIGGINS & TONGUE LLP**
Attorneys at Law
851 SW Sixth Ave., Suite 1500
Portland, Oregon 97204-1357
503.224.6440 / Fax: 503.224.7324

**REQUEST FOR PRODUCTION NO. 62:** All DOCUMENTS YOU intend to use as evidence or otherwise reference during any deposition, hearing, or trial in this ACTION.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 62:**

Dated: June 17, 2025

Respectfully submitted,

**DUNN CARNEY LLP**

*s/ Brian R. Talcott*
Brian R. Talcott, OSB 965371
Email: btalcott@dunncarney.com

**JONES DAY**
Cary D. Sullivan (*pro hac vice to be filed*)
Email: carysullivan@jonesday.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2025, I caused to be served the foregoing **DEFENDANT TRUSTWELL'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF FOODWIT** on the following party via the following method(s):

P. Andrew McStay, Jr.,
andymcstay@dwt.com
DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

Matthew S. Warren (*pro hac vice to be filed*)
Erika H. Warren (*pro hac vice to be filed*)
Shaida Shahinfar (*pro hac vice to be filed*)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California 94114
Telephone: (415) 895-2940
Facsimile: (415) 895-2964
2025-04-22@cases.warrenlex.com

*Attorney for Plaintiff RLH Assets, LLC*

by:
☐ U.S. Postal Service, ordinary first class mail
☐ electronic service
☒ other (specify) Email

**DUNN CARNEY LLP**

*s/ Brian R. Talcott*
Brian R. Talcott, OSB 965371
Email: btalcott@dunncarney.com

**JONES DAY**
Cary D. Sullivan (*pro hac vice to be filed)*
Email: carysullivan@jonesday.com

NAI-5001413106v1