# Exhibit 2

Filed under seal.