# Exhibit 6

## ESHA Research, LLC v. RLH Assets, LLC, No. 25-880 (D. Oregon), RLH Assets, LLC v. ESHA Research, LLC, No. 25-656 (D. Oregon)

**Sullivan, Cary D.** <carysullivan@jonesday.com> Mon, Oct 19, 2026 at 6:05 PM
To: Tessa Greene <tessa@warrenllp.com>, "Dutkiewicz, Lauren E." <ldutkiewicz@jonesday.com>, Brian Talcott <btalcott@dunncarney.com>
Cc: Andy McStay <andymcstay@dwt.com>, "ESHA Research, LLC v. RLH Assets, LLC" <25-880@cases.warrenllp.com>

Counsel,

We write in response to your letter dated October 16.

To begin, we have stated multiple times that Trustwell will supplement its trade secret identification. We hereby confirm again that Trustwell will supplement its trade secret identification. We expect to be able to serve our supplemental identification next month. However, we are not aware of any authority requiring us to do so by a particular date. If you are aware of such authority, please provide it so we may review it.

By that same token, we continue to await substantive responses and documents responsive to interrogatories and document requests that we propounded in June 2025 (i.e., sixteen months ago). If you believe there is authority that requires a party to provide a date certain by which it will supplement such responses, we trust Foodwit will abide by that authority as well and provide a date certain for its substantive responses to Trustwell's interrogatories 4 through 10, and documents responsive to the document requests 2, 7-8, 10-13, 15, 22, 24-26, 49, 52-54, and 59.

With respect to Foodwit's interrogatories 3 through 6, we maintain that they violate Rule 33(a)(1)'s limit. Indeed, the interrogatories are specifically drafted so as to create subparts that each count as a separate interrogatory. That the trade secrets are found within a single product means nothing. And we do not believe the authority you cited compels a different result.

We previously requested your availability to meet and confer regarding certain of Foodwit's responses to document requests, as set forth in Lauren Dutkiewicz's email dated October 14. We never received a response to that email. We again request your availability to meet and confer.

Thanks,

Cary

Cary D. Sullivan
Partner
**JONES DAY® - One Firm Worldwide℠**
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Office +1.949.553.7513

[Quoted text hidden]

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***