**Brian R. Talcott, OSB 965371**
DUNN CARNEY ALLEN HIGGINS & TONGUE LLP
851 SW Sixth Ave., Suite 1500
Portland, Oregon 97204
Telephone: (503) 224-6440
Facsimile: (503) 224-7324
Email: btalcott@dunncarney.com

**Cary D. Sullivan** (*pro hac vice*)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
E-mail: carysullivan@jonesday.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ESHA RESEARCH, LLC,** now known as **TRUSTWELL,**<br><br>Plaintiff,<br><br>v.<br><br>**RLH ASSETS, LLC**, doing business as **FOODWIT**; and **DOES 1-20**,<br><br>Defendant. | Case No. 3:25-cv-00880-AB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

NOTICE IS HEREBY GIVEN that Kenneth Laurence Dorsney and Cortlan S. Hitch of Morris James LLP withdraw as counsel for Plaintiff ESHA Research, LLC, now known as Trustwell.

//

//

Brian R. Talcott of Dunn Carney LLP and Cary D. Sullivan and Lauren Dutkiewicz of Jones Day will continue as counsel for Plaintiff. All future notices and pleadings should be directed to them.

Dated this 28th day of October, 2026.

DUNN CARNEY ALLEN HIGGINS & TONGUE LLP

*S/ BRIAN R. TALCOTT*

**Brian R. Talcott,** OSB 965371
Email: btalcott@dunncarney.com
Telephone: 503.224.6440
Facsimile: 503.224.7324

**Cary D. Sullivan** (*pro hac vice*)
Email: carysullivan@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939

Attorneys for Plaintiff



**DUNN CARNEY ALLEN HIGGINS & TONGUE LLP**
ATTORNEYS AT LAW
851 SW SIXTH AVE., SUITE 1500
PORTLAND, OREGON 97204
503.224.6440 / FAX: 503.224.7324