UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | | |
|---|---|---|
| ESHA RESEARCH, LLC, an Oregon limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>RLH ASSETS, LLC d/b/a FOODWIT, an Oregon limited liability company,<br><br>Defendant. | ) | Case No. 3:25-cv-00880-AB (Lead)<br>*Consolidated with*<br>*Case No. 3:25-cv-00656-AB*<br><br>**SPECIAL MASTER REPORT #1** |

Pursuant to Fed. R. Civ. P. 53(e) and paragraph 8 of this Court's Order Appointing Special Master (ECF 43), this constitutes the Special Master's first report to the Court.

Since I was appointed, I have been in regular contact with counsel, including an off-the-record introductory telephone conference and extensive emails which have been and will regularly be filed with the Court. I have received and reviewed multiple discovery motions, responses, declarations, exhibits and extensive legal authorities. I have held one virtual hearing, issued two Special Master Orders, and scheduled a virtual hearing for November 12th.

After consulting with counsel, I have established rules for (1) filing and responding to motions; (2) setting hearings on an expedited basis; (3) setting the order in which certain discovery disputes would be heard and decided; (4) conferring on motions on an expedited basis; (5) designating which attorney would be arguing a particular motion; and (6) filing all

communications between counsel and me with the Court. All of this has been done more quickly than anticipated or required by the Federal Rules of Civil Procedure or the Court's Local Rules.

This report was due by November 5th. I apologize for the delay. My only explanation (not excuse) is that I have been actively involved in the assigned work every day over the last two weeks.

DATED November 9, 2026.

Henry Kantor

Special Master Henry Kantor